UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                          Case No. 21-cv-11481
                          Hon. Matthew F. Leitman

DENNY ROBINSON,

    Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S
### MOTION FOR SUMMARY JUDGMENT (ECF No. 20)

On July 17, 2023, the Court held a hearing on Plaintiff's Motion for Summary Judgment (ECF No. 20).  For the reasons explained on the record during that hearing, and for the reasons explained in Plaintiff's motion (ECF No. 20) and reply brief (ECF No. 23), the motion is **GRANTED.**

    **IT IS SO ORDERED.**

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  July 17, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 17, 2023, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126