UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                              Case No. 21-cv-11481
                                                              Hon. Matthew F. Leitman

v.

DENNY ROBINSON,

      Defendant.
_____/

## JUDGMENT

Pursuant to the Court's order dated July 17, 2023, granting Plaintiff's Motion for Summary Judgment (ECF No. 25), it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Defendant Denny Robinson is indebted to the United States of America for income tax liability for the 2000 tax year in the amount of $1,112,692.27, as of August 2, 2023, plus statutory additions and interest at the rates provided under 26 U.S.C. §§ 6601, 6621 and 6622, and as provided in 28 U.S.C. § 1961(c), from and after that date, until the judgment is satisfied.

                                                                             KINIKIA ESSIX
                                                                            CLERK OF COURT

                                                           By:    s/Holly A. Ryan
                                                                            Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                                 Dated: August 11, 2023
United States District Judge                             Detroit, Michigan